IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAMES R. MINEER, JR.,

    Petitioner,

v.                                      Civil Action No. 2:07cv36
                                        (Judge Maxwell)

TERESA WAID, Warden

    Respondent.

## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION
## OF TIME TO FILE A REPLY AND MOTION FOR COPIES

For good cause shown, the petitioner's motion for extension of time and for copies (dckt. 17) is **GRANTED**. Petitioner shall have up to and including **October 22, 2007**, in which to file a reply to the respondent's Motion for Summary Judgment. In addition, due to the loss of some of the petitioner's legal files when he was recently transferred, the **Clerk** is directed to send the petitioner a copy of his original petition (dckt. 1), including any and all attachments.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September 5, 2007.

                                                 /s *John S. Kaull*

                                                 JOHN S. KAULL
                                                 UNITED STATES MAGISTRATE JUDGE