## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAMES R. MINEER, JR.,

        Petitioner,

v.                                                                        Civil Action No. 2:07cv36

TERESA WAID, Warden,

        Respondent.

## ORDER

It will be recalled that on January 4, 2008, Magistrate Judge Kaull filed his Report and Recommendation, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. No objections to the Magistrate Judge's Report and Recommendation have been filed. Accordingly, the Court will review the Magistrate's Report and Recommendation for clear error.[1]

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Petitioner in his Petition For Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, wherein Petitioner raises as grounds several alleged errors surrounding his plea of guilty and sentencing, were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation. Moreover, the Court, upon a review for clear error, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in

---

[1] The failure of a party to object to a Report and Recommendation waives the party's right to appeal from a judgment of this Court based thereon and, additionally, relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

this action.  Therefore, it is

      **ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

      **ORDERED** that the Respondent's Motion for Summary Judgment be, and the same hereby is, **GRANTED**.  It is further

      **ORDERED** that the Petition of James R. Mineer, Jr., filed pursuant to 28 U.S.C. §2254 be, and the same hereby is, **DENIED.**  It is further

      **ORDERED** that James R. Mineer, Jr.'s Petition in this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.  It is further

      **ORDERED** that the Clerk shall enter judgment for the Respondent.  It is further

      **ORDERED** that, if Petitioner should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4, Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a), Federal Rules of Appellate Procedure, seek leave to proceed <u>in forma pauperis</u> from the United States Court of Appeals for the Fourth Circuit.

      **ENTER**: March __14th__, 2008

                                                  **/s/ Robert E. Maxwell**
                                                United States District Judge